JOHN WESLEY PEASLEE,
*Petitioner-Appellant,*

*v.*

MAASS,
*Defendant-Respondent.*

(87-C-10671; CA A44493 (Control))

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN WESLEY PEASLEE,
*Defendant-Appellant.*

(124,426; CA A45418)
(Cases Consolidated)

752 P2d 870

Paul G. Crowley, Hood River, argued the cause and submitted the brief for appellant.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

**PER CURIAM**

This is a consolidated appeal in which (1) appellant appeals the denial of his petition for a writ of habeas corpus and from a resentencing on an earlier remand by this court. *State v. Peaslee,* 59 Or App 519, 651 P2d 182, *rev den* 294 Or 212 (1982), *rev den* 294 Or 569 (1983).

We write only for the purpose of addressing appellant's entitlement to credit for time served. Resentencing was proper; however, as the state appropriately concedes, appellant must be given credit for time served in the county jail and in the custody of the Corrections Division from the date of his arrest in 1981.

The remaining assignments of error lack any merit.

Remanded with instructions to credit appellant for time served.